UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMAS MAYOR,

        Plaintiff,

-against-

MAHAMADOU S. SANKAREH
and ATLANTIC COOLING
TECHNOLOGIES & SERVICES,
LLC,

        Defendants.

ATLANTIC COOLING TECHNOLOGIES
& SERVICES, LLC,

        Cross Claimant,

-against-

MAHAMADOU S. SANKAREH,

        Cross Defendant.

**ORDER**

21 Civ. 10831 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at today's conference, the parties will consult over the next two weeks as to the issues of diversity jurisdiction, personal jurisdiction, and venue in this case. By **April 21, 2022**, the parties will submit a joint letter stating their respective positions as to these matters. All factual assertions concerning these matters must be supported by an affidavit, affirmation, or declaration.

2

Dated: New York, New York
     April 7, 2022

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge