UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMAS MAYOR,

    Plaintiff,

-against-

MAHAMADOU S. SANKAREH and ATLANTIC COOLING TECHNOLOGIES & SERVICES, LLC,

    Defendants.

ATLANTIC COOLING TECHNOLOGIES & SERVICES, LLC,

    Cross Claimant,

-against-

MAHAMADOU S. SANKAREH,

    Cross Defendant.

**ORDER**

21 Civ. 10831 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendant Atlantic Cooling's motion to dismiss for lack of personal jurisdiction (see Dkt. No. 12):

1. Defendant Atlantic Cooling's motion papers are due on **May 23, 2022**;
2. Plaintiff's opposition is due on **June 6, 2022**; and
3. Defendant Atlantic Cooling's reply, if any, is due on **June 13, 2022**.

Dated: New York, New York
       May 6, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge